UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| PAUL E. MILES and BRENDA M. MILES,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A; US BANK, N.A; NEVADA TITLE COMPANY, INC; RECONTRUST COMPANY, N.A.,<br><br>Defendants. | 2:10-CV-1817-PMP-PAL<br><br>**ORDER** |

Before the Court for consideration is Plaintiffs' fully briefed Motion for Preliminary Injunction (Doc. #10), filed on November 15, 2010, and Plaintiffs have failed to demonstrate the likelihood of success on the merits, and good case appearing,

**IT IS ORDERED that** Plaintiffs Paul Miles and Brenda Miles' Motion for Preliminary Injunction (Doc. #10) is **DENIED**.

DATED:  December 20, 2010.

PHILIP M. PRO
United States District Judge